

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2019

No. 04-19-00425-CR

Jose Alfredo **ESCAMILLA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1996CR1275
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Appellant seeks to appeal the trial court's order denying his motion for judgment nunc pro tunc. This court does not have jurisdiction to consider an appeal from an order denying a motion for judgment nunc pro tunc. *See Flores v. State*, No. 04-19-00329-CR, 2019 WL 2784001, at *1 (Tex. App.—San Antonio July 3, 2019, no pet. h.); *Brown v. State*, No. 03-19-00056-CR, 2019 WL 1051856, at *1 (Tex. App.—Austin Mar. 6, 2019, no pet.). It is therefore ORDERED that appellant show cause in writing no later than fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court